UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 05 B 02859
   JAMES M CHAMBLEE
                                      CHAPTER 13

                                      JUDGE: JOHN H SQUIRES

      Debtor
   SSN XXX-XX-7530
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 01/29/05 and confirmed on 03/18/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 13525.99 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE AUTO FINANCE CORP | SECURED | 6000.00 | 479.73 | 6000.00 |
| MORTGAGE ELECTRONIC REG | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE ELECTRONIC REG | MORTGAGE ARRE | 1821.96 | .00 | 1821.96 |
| BALLYS | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 1556.27 | .00 | 1556.27 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| USAA FEDERAL SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTO FINANCE CORP | UNSECURED | 960.09 | .00 | 960.09 |

          Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7821.96 | .00 | 2516.36 | .00 | 10338.32 |
| PRINCIPAL PAID | 7821.96 | .00 | 2516.36 | .00 | 10338.32 |
| INTEREST PAID | 479.73 | .00 | .00 | .00 | 479.73 |
| TOTAL PAID | 8301.69 | .00 | 2516.36 | .00 | 10818.05 |

The Debtor's attorney, BRADLEY COVEY                , was allowed $   2355.50 and was paid $   1306.00  direct and $   1049.50  through the plan.

The Trustee received $    458.15 .

Refunds to the Debtor totaled $   1200.29 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 10/11/07                    /S/

```
                    GLENN STEARNS
                    CHAPTER 13 TRUSTEE




                                  PAGE   2
      CASE NO. 05 B 02859 JAMES M CHAMBLEE
```